CENTER FOR DISABILITY ACCESS, LLP
MARK D. POTTER, ESQ., SBN 166317
RUSSELL C. HANDY, ESQ., SBN 195058
100 East San Marcos Blvd., Suite 400
San Marcos, CA 92069
(760) 480-4162
Fax (760) 480-4170

Attorneys for Plaintiff, MARILYN BALLAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN BALLAS<br>　　　Plaintiff,<br><br>v.<br><br>LONG JOHN SILVER'S, INC., A Delaware Corporation; LJ REMAINDER LLC, A Delaware Limited Liability Company; LOJON PROPERTY LLC, A Delaware Limited Liability Company, and DOES 1 through 100, inclusive<br>　　　Defendants. | Case No.: 07-CV-1417-FCD JFM<br><br>**STIPULATION and ORDER FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (2)** |

## **STIPULATION**

IT IS STIPULATED by and between the parties hereto that this action be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs.  This stipulation is made as a result of the settlement of the action.

///

**IT IS SO STIPULATED**.

CENTER FOR DISABILITY ACCESS, LLP

Dated: _____        /S/ Mark D. Potter
                            Mark D. Potter
                            Attorney for Plaintiff

GREENBERG TRAURIG, LLP

Dated: _____        /S/ Marc Koenigsberg
                            Marc Koenigsberg, Esquire
                            Gregory F. Hurley, Esquire
                            Attorneys for Defendants

## **ORDER**

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs. The court shall retain jurisdiction to enforce the terms of the settlement.

**IT IS SO ORDERED.**

Dated: January 2, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE